**E-filed 4/23/07**

1  AMIEL L. WADE (No. 184312)
2  JUDI L. SILVERSTEIN (No. 184313)
   MIKELA BABAYAN (No. 242653)
3  WADE & SILVERSTEIN
   A Professional Corporation
4  8070 Santa Teresa Blvd., Suite 230
5  Gilroy, CA 95020
   Telephone: (408) 842-1688
6  Facsimile:(408) 852-0614

7  Attorneys for Defendant
   AMJAD KHAN
8
   RICHARD P. DOYLE, JR.
9  JANSSEN DOYLE LLP
   2540 Camino Diablo, Suite 220
10 Walnut Creek, CA 94597
   Telephone: (925) 295-1800
11 Facsimile: (925) 295-1801

12
   Attorneys for Plaintiff
13 IQBAL HUSAIN

14                    IN THE FEDERAL DISTRICT COURT

15               FOR THE NORTHERN DISTRICT OF CALIFORNIA

16                           SAN JOSE BRANCH

17
                                    ) Case No. 5:06 CV 07081 JF
18 IQBAL HUSAIN                     )
                                    ) **STIPULATION AND [PROPOSED]**
19         Plaintiff,               ) **ORDER TO CONTINUE CASE**
                                    ) **MANAGEMENT CONFERENCE**
20 vs.                              )
                                    )
21                                  )
   AMJAD KHAN and DOES 1-10         )
22                                  )
           Defendants.              )
23                                  )
   _____    )
24                                  )
    AND RELATED COUNTERCLAIM        )
25

26
                                    -1-
27

28
_____
STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE
5:06 CV 07081 JF

1  The parties to this action, by their respective counsel,
2  HEREBY STIPULATE AND AGREE as follows:
3  That the Case management conference currently scheduled to
4  take place on May 18, 2007 shall be continued until June 15, 2007
5  at 10:30 a.m.
6
7  Dated: 4/12/07                              WADE & SILVERSTEIN
8
9                                              By:_/s/ MIKELA BABAYAN____
                                                   MIKELA BABAYAN
10
                                                Attorney for Defendant
11                                              AMJAD KHAN
12
13 Dated: 4/12/07                              JANSSEN DOYLE LLP
14
15                                             By:_/s/ RICHARD P. DOYLE, JR.
                                                   RICHARD P. DOYLE, JR.
16
17                                             Attorney for Plaintiff
                                                IQBAL HUSAIN
18
19                           **IT IS SO ORDERED**
20
21 Dated: 4/20/07
                                                _____
22                                              HON. JEREMY ~~FOLEY~~ FOGEL
23
24
25
26
27                                 -2-
28

STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE
5:06 CV 07081 JF