**E-filed 7/12/07**

```
AMIEL L. WADE (No. 184312)
JUDI L. SILVERSTEIN (No. 184313)
MIKELA BABAYAN (No. 242653)
WADE & SILVERSTEIN
A Professional Corporation
8070 Santa Teresa Blvd., Suite 230
Gilroy, CA 95020
Telephone: (408) 842-1688
Facsimile:(408) 852-0614

Attorneys for Defendant
AMJAD KHAN

RICHARD P. DOYLE, JR.
JANSSEN DOYLE LLP
2540 Camino Diablo, Suite 220
Walnut Creek, CA 94597
Telephone: (925) 295-1800
Facsimile: (925) 295-1801

Attorneys for Plaintiff
IQBAL HUSAIN
```

IN THE FEDERAL DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE BRANCH

| | |
|---|---|
| IQBAL HUSAIN,<br><br>        Plaintiff,<br><br>vs.<br><br>AMJAD KHAN and DOES 1-10<br><br>        Defendants.<br>_____<br><br>AND RELATED COUNTERCLAIM | Case No. 5:06 CV 07081 JF<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** |

-1-

---

STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE
5:06 CV 07081 JF

    The parties to this action, by their respective counsel, HEREBY STIPULATE AND AGREE as follows:

    That the Case management conference currently scheduled to take place on July 13, 2007 shall be continued until September 7, 2007 at 10:30 a.m.

Dated: 7/11/07　　　　　　　　　　　　　WADE & SILVERSTEIN

　　　　　　　　　　　　　　　　　　　　By:_/s/ MIKELA BABAYAN_____
　　　　　　　　　　　　　　　　　　　　　　MIKELA BABAYAN

　　　　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　　　　AMJAD KHAN

Dated: 7/11/07　　　　　　　　　　　　　JANSSEN DOYLE LLP

　　　　　　　　　　　　　　　　　　　　By:_/s/ RICHARD P. DOYLE, JR.
　　　　　　　　　　　　　　　　　　　　　　RICHARD P. DOYLE, JR.

　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff
　　　　　　　　　　　　　　　　　　　　IQBAL HUSAIN

**IT IS SO ORDERED**

Dated:　7/12/07

_____
HON. JEREMY FOGEL