**E-Filed 10/12/2007**

NOT FOR CITATION

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| IQBAL HUSAIN,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>AMJAD KHAN,<br><br>　　　　　　Defendant. | Case Number C 06-7081 JF<br><br>ORDER[1] RE DEFENDANT'S MOTION TO WITHDRAW AS COUNSEL<br><br>[re: docket no. 35] |

    The law firm Wade & Silverstein seeks to withdraw as counsel for Defendant Amjad Kahn ("Kahn") in this instant action. Plaintiff Iqbal Husain does not object to the withdrawal provided there is an address of record for Kahn such that he can be given binding notice of the proceedings in this case. Accordingly, counsel for Defendant shall provide the Court with Kahn's address and telephone number by submitting a signed statement from him. The motion to withdraw is GRANTED conditioned upon receipt of this information.

---

[1] This disposition is not designated for publication and may not be cited.

1
2   IT IS SO ORDERED.
3
4   DATED: October 12, 2007
5
    _____
    JEREMY FOGEL
    United States District Judge
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2

Case No. C 06-7081 JF (HRL)
ORDER RE DEFENDANT'S MOTION TO WITHDRAW AS COUNSEL
(JFLC3)

1  This Order has been served upon the following persons:

3  attorney@mac.com

4  awade@wadesilverstein.com

3

Case No. C 06-7081 JF (HRL)
ORDER RE DEFENDANT'S MOTION TO WITHDRAW AS COUNSEL
(JFLC3)