*E-filed 11/16/07*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

IQBAL HUSAIN,

    Plaintiff / Counter-Defendant,

v.

AMJAD KHAN,

    Defendant / Counter-Complainant,
_____/

Case No. C06-07081 JF  (HRL)

**ORDER ON PLAINTIFF'S "COMMUNICATION RE PLAINTIFF'S MOTION FOR ATTORNEY'S FEES"**

Re: Docket No. 48

    Having considered Plaintiff Iqbal Husain's request to appear by telephone at the hearing on his Motion for Rule 37 Sanctions, set for November 20, 2007 at 10:00 a.m., and good cause appearing, the court GRANTS the request. Counsel shall contact the courtroom deputy at (408) 535-5365 well in advance of the hearing to arrange the telephonic appearance.

    Plaintiff's request that the court grant the currently unopposed motion in advance of the hearing is DENIED.

**IT IS SO ORDERED.**

Dated: 11/16/07

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**5:06-cv-7081 Notice has been electronically mailed to:**

Richard Proctor Doyle , Jr  rdoyle@jd-law.com, rbeverly@jd-law.com

David Stanley Pearson  attorney@mac.com

**5:06-cv-7081 Notice has been delivered by other means to:**

Larry Israel
Larry Israel & Associates
4454 Deer Ridge Rd
Blackhawk, CA 94506-6017

Amjad Khan
3301 Rose Lane
Falls Church, VA 22042

* Counsel are responsible for providing copies of this order to co-counsel.

Dated: 11/16/07

                                                  /s/  KRO
                                  Chambers of Magistrate Judge Howard R. Lloyd