\*\*E-filed 12/4/07\*\*

1  ERIC J. SIDEBOTHAM (SBN 208829)
   DANIEL M. SHAFER (SBN 244839)
2  **ERIC J. SIDEBOTHAM, APC**
   TechMart Center
3  5201 Great America Parkway, Suite 320
   Santa Clara, California 95054
4  Telephone:   (408) 856-6000
   Facsimile:   (408) 608-6001
5
   Attorneys for Defendant and Counter-Claimant,
6  AMJAD KHAN

7
                    UNITED STATES DISTRICT COURT
8
                    NORTHERN DISTRICT OF CALIFORNIA
9
                          SAN JOSE DIVISION
10

11

12 | IQBAL HUSAIN,                                | Case No. 5:06 CV 07081-JF (HRL)
13 |     Plaintiff,                               | **STIPULATION AND [PROPOSED]
14 | v.                                           | ORDER RE: CONTINUANCE OF THE
                                                    CASE MANAGEMENT CONFERENCE
15 |                                              | FROM NOVEMBER 30, 2007 AT 10:30
16 | AMJAD KHAN and DOES 1 through 10,            | A.M. UNTIL DECEMBER 7, 2007 AT
     inclusive,                                     10:30 A.M.**
17 |     Defendants.                             |
18
19 | AMJAD KHAN,
20 |     Counter-Complainant,
21 | v.
22
23 | IQBAL HUSAIN and DOES 1 through 10,
     inclusive,
24 |     Counter-Defendants.
25

26

27

28



STIPULATION AND [PROPOSED] ORDER RE: CONTINUANCE OF THE CASE MANAGEMENT CONFERENCE
CASE NO. 5:06 CV 07081- JF (HRL)

1    Eric Sidebotham, attorney for the defendant Amjad Khan, and Richard Doyle, attorney for the
2  plaintiff Iqbal Husain, hereby stipulate and request the court continue the case management conference
3  from November 30, 2007 until December 7, 2007 at 10:30 a.m.

**ERIC J. SIDEBOTHAM, APC**

DATED:  November 29, 2007            /s/
ERIC J. SIDEBOTHAM
Attorney for the Defendant,
AMJAD KHAN

**JANSSEN DOYLE, LLP**

DATED:  November 29, 2007            /s/
RICHARD P. DOYLE JR.
Attorney for the Plaintiff,
IQBAL HUSAIN

IT IS SO ORDERED:

DATED: 12/3/07

HONORABLE JEREMY FOGAL



2
STIPULATION AND ORDER RE: CONTINUANCE OF THE CASE MANAGEMENT CONFERENCE
CASE NO. 5:06 CV 07081- JF (HRL)