1  ERIC J. SIDEBOTHAM (SBN 208829)
   DANIEL M. SHAFER (SBN 244839)
2  **ERIC J. SIDEBOTHAM, APC**
   TechMart Center
3  5201 Great America Parkway, Suite 320
   Santa Clara, California 95054
4  Telephone:   (408) 856-6000
   Facsimile:   (408) 608-6001

\*\*E-Filed 12/12/08\*\*

Attorneys for Defendant and Counter-Claimant,
AMJAD KHAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IQBAL HUSAIN,<br><br>        Plaintiff,<br><br>v.<br><br>AMJAD KHAN and DOES 1 through 10, inclusive,<br><br>        Defendants.<br><br>AND RELATED CROSS ACTION | Case No. 5:06 CV 07081-JF (HRL)<br><br>**STIPULATION AND [PROPOSED] ORDER RE CONTINUANCE OF HEARING DATES FROM JANUARY 9, 2008 TO ~~JANUARY 23, 2008~~**<br>February 13, 2009 |

STIPULATION AND [PROPOSED] ORDER RE CONTINUANCE OF HEARING DATES FROM JANUARY 9, 2008 TO
JANUARY 23, 2008
CASE NO. 5:06 CV 07081- JF (HRL)

1     WHEREAS, Counterclaimant Amjad Khan filed a motion for summary judgment/adjudication against Counter Defendant Iqbal Husain, and said motion is currently set for hearing on January 9, 2009 at 9:00 a.m., before the Hon. Jeremy Fogel;

    WHEREAS, Counter Defendant Iqbal Husain has filed a Rule 37 motion, and has set the hearing for that motion also on January 9, 2009 at 9:00 a.m., before the Hon. Jeremy Fogel;

    WHEREAS, this matter has not yet been set for trial;

    WHEREAS counsel for Counterclaimant has another hearing for summary judgment pending in another case in another court, and said date cannot be modified without disturbing the existing trial date;

    WHEREFORE, the parties stipulate and agree that the hearing on the pending motions should be vacated and reset for hearing on January 23, 2009 at 9:00 a.m., or such next available date for this court, and that the briefing schedule shall be modified to correspond with the new hearing date in accordance with the court and local rules.

**ERIC J. SIDEBOTHAM, APC**

DATED:  December 11, 2008

    /s/
ERIC J. SIDEBOTHAM
Attorney for the Counterclaimant,
AMJAD KHAN

**JANSSEN DOYLE, LLP**

DATED:  December 11, 2008

    /s/
RICHARD P. DOYLE JR.
Attorney for the Counter Defendant,
IQBAL HUSAIN

IT IS SO ORDERED: the motions are continued to February 13, 2009 at 9:00 a.m.

DATED: 12/12/08

HONORABLE JEREMY FOGEL



2

STIPULATION AND [PROPOSED] ORDER RE CONTINUANCE OF HEARING DATES FROM JANUARY 9, 2008 TO JANUARY 23, 2008
CASE NO. 5:06 CV 07081- JF (HRL)