RECEIVED
2009 NOV 16 P 3:42
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
N.D. OF CA. SAN JOSE

UNITED STATES DISTRICT COURT
NORTHERN ~~CENTRAL~~ DISTRICT OF CALIFORNIA

| | |
|---|---|
| IQBAL HUSAIN, <br><br> PLAINTIFF(S), <br> v. <br> AMJAD KHAN and DOES 1 through 10, inclusive <br><br> DEFENDANT(S). | CASE NUMBER: <br><br> 5:06 CV 7081-JF (HRL) <br><br> **ORDER ON STUDENT APPLICATION TO APPEAR UNDER THE STUDENT PRACTICE RULE (LOCAL CIVIL RULE 83-4)** |

The Court, having considered the Student Application of Jaime Bianca Herren
*(Name of Student)*

to appear in this case is hereby:

☒ **GRANTED**

☐ **DENIED**

11/19/09
Date

_____
United States District Judge ~~/ Magistrate Judge~~