**E-Filed 2/11/2010**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| IQBAL HUSAIN,<br><br>           **Plaintiff,**<br><br>    v.<br><br>AMJAD KHAN,<br><br>           **Defendant.** | Case Number C 06-7081 JF (HRL)<br><br>ORDER[1] PRECLUDING DEFENDANT'S USE OF DOCUMENTS PRODUCED ON JANUARY 15, 2010; AND RESETTING TRIAL DATE |

In light of the correspondence from Defendant's counsel dated February 3, 2010, the Court hereby PRECLUDES Defendant from using at trial any of the documents first produced to Plaintiff on January 15, 2010.

The trial date is RESET as follows:

Day 1, March 12, 2010, from 1:30 p.m. to 4:30 p.m.; and

Day 2, March 26, 2010, from 1:30 p.m. to 4:30 p.m.

---

[1] This disposition is not designated for publication in the official reports.

Case No. C 06-7081 JF (HRL)
ORDER PRECLUDING DEFENDANT'S USE OF DOCUMENTS PRODUCED ON JANUARY 15, 2010 ETC.
(JFLC2)

IT IS SO ORDERED.

Dated: February 11, 2010

```
_____
JEREMY FOGEL
United States District Judge
```