**E-Filed 8/16/2010**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IQBAL HUSAIN,<br><br>              **Plaintiff,**<br><br>    **v.**<br><br>AMJAD KHAN,<br><br>              **Defendant.** | Case Number C 06-7081 JF (HRL)<br><br>ORDER[1] ADOPTING PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW AND GRANTING IN PART REQUEST FOR PRE-JUDGMENT INTEREST |

    Good cause appearing, the Court hereby adopts Plaintiff's proposed findings of fact and conclusions of law. Plaintiff's request for pre-judgment interest is granted in part. Interest shall accrue at the legal rate from the date Plaintiff filed his complaint. Counsel for Plaintiff shall prepare a revised judgment.

    IT IS SO ORDERED.

Dated:  August 16, 2010

                                              JEREMY FOGEL<br>                                              United States District Judge

---

[1] This disposition is not designated for publication in the official reports.